SXN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_Peggy Richmond et;_ )
 )
_Brady Richmond,_ )
_Demetrius Hunt_ )
_Skyler Wells_ )
**Plaintiff(s),** )
 )
vs. )  Case No.
 )
_United States And Contractors_ )
_Illinois State Board of Education — Treason_ )  **1:17-cv-00428**
_US Dept of Education_ )  **Judge Sara L. Ellis**
_Social Security Administration · IRS '230_ )  **Magistrate Judge Maria Valdez**
_Public Gardian_ )  _Loyola Tax Clinic_
_Circuit Court._ **Defendant(s).** )  _Loyola "GAL"_
_Dept of Human Service_ )  _A.G. (Emily Vaugh)_
_Dept of Children + Family Service_ )  _States Attorney_
_Court Deputies._ )  _MEAB municipal Employee Credit Union_

_Child Kidnap_
_Held_
_Captive_
_District_
_Courts_
_Markham;_
_Daley Center_
_Dirksonfederal._
_merchants_
_ex HR Gregg_

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _United States of America Officials; Contractor Affiliates_
_Possibly Merchants; US Postal Judicial + Attorney Bias_
_Ill Social Security Admin. DHS; ISBE; US Dept of Education. Dept of DCFS_

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*  _Public Gardian_

_Judge Susan Sullivan Kennedy Circuit Court._  _Department DCFS._  _Juvenile Detention_
_Judge Santies_  _Hern_  _Carlton Jackson_  _States Attorney_
_Judge Clifton_  _Flaherty_  _other Employees._  _Deputies_
_Judge Leinwebber_  _Scheindler_  _DHS; ISBE; US Education_
_Doctor Vaughn_  _Loyola University Law Studen_  _Social Security_
_1806 Clerk "Indian man_  _Emily Vaughn_  _Circuit Court_
 _Loyola Tax Clinic._  _Judicial; AG_
 _Aunt Martha_


RECEIVED
JAN 19 2017 BW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. Dept of Ed
ILL. STATE Department of Education
United STATES + CONTRACTOR.

4. Defendant, _____, is
   (name, badge number if known)

   ☒ an officer or official employed by _yes mixed in with Bonifyed Federal_;
   em    (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Thornton Township; Breman; City of Chicago, Cook_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _Harvey Markham ILL - Chicago Illinois, Chicago_, in the County of _Cook_, State of Illinois, at _Praire Hills School in Markham_;
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: Emotional Trauma to a Minor; Denied Education Service in Markham.

9/30/14 → currently
Extortion; Request $11,000 Public School. Sex-Child Trafficking; Denied Legal Services. Denied Due Process
Illegal Taxing of Pension. Illegal Levy of Public Benefit Led to
Denied medicare Denial of Due Process. Criminal Trespass onto Private Property without A
Denied Medical Search Warrant while Adult Homeowners not at Home; illegal Search of
Property After Illegal entry via "Axes and Hammer" 7/28/2016. Terrorized Geo-children
; Retaliation. Judicial Bias. Discrimination violations of Federal + State Law
Denied Police Report. No evidence of Warrant to Break in + Seize; False
Accusation against myself and Great Grandson. Instigated by Judge; Juvenile 1105 Hamilton
Forced out of Home. Loyola Markham Court

Treasonary Acts Against United States.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Judge & Attorney General Office states Nothing to Do with. Education; Social Security or Pension Medicare, or Medical. Court Collects info And Provides to. IRS Agents Social Security, School DHS Erroneously

8. Plaintiff was charged with one or more crimes, specifically:

    Unresolved

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    [X] are still pending.

    [ ] were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    [ ] Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

    [ ] Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

IN AN Attempt TO Correct problems with Pension which Resulted in 501(401A) Benifit being TAX At 85%. Led To Housing Problem which Led to Educational Problems which Led to matter being handled in "Probate Court." Appeal Court Did Not Recieve All Records From Circuit Court.

January 8-9 2015 Spent night in Federal Bldg (Attempting to correct School Issue. School Issue Never Resolved — Accidently Dozed off in Hallway on 24 Floor

Trying to Get info About Receiving Another Judge that could write order for Child To Be Left in School.

Judge Sent order To Report 10/8/2015 To Circuit Court, for To Home Denied An Attorney; Denied Change of Judge Conspired with Agencies To Kidnap Grandson child Trafficking

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows: False Arrest. Harrassment, Intimidation; Terrorized; Violations of Federal & State; Civil Rights, Educational; Judicial/Attorney; TAX - Pension + Social Security Laws. US Code 42 (401)20 US 18 1410 14 Denied Medical Care; Medicare. Child Still Kept in.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Peggy Richmond In Forma Pauperis

Plaintiff's name *(print clearly or type)*: PEGGY RICHMOND

Plaintiff's mailing address: 2156 W 158th St.

City MARKHAM  State IL  ZIP 60428

Plaintiff's telephone number: 312 877-1170

Plaintiff's email address *(if you prefer to be contacted by email)*: NA

15. Plaintiff has previously filed a case in this district. [X] Yes ☐ No

   *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Correct Pension Matter so that I will Be in Compliance with the Law

Return child Kidnapped 7/28/2017

Medicare / medical service

Education Intilement according to Law,

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this January day of 19 , 2017

_Peggy Richmond_ ET for D H J K

(Signature of plaintiff or plaintiffs)

Peggy Richmond
(Print name)

_____
(I.D. Number)

2156 W 158th St Markham IL 60428
(Address)